AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARTIN MARTINEZ; JESUS SOTO; RENE CASTRO; **E-filing**
GABRIEL PEREZ; FERNANDO CARRASCO; RAFAEL
A. LOPEZ MOLINA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**V.**

Herman M. Romaguera; Carmen Hall Soruco; Jose Muro
Dba Correa Hauling; Volcano Construction, Inc.; City of
Pittsburg Redevelopment Agency; Johnstone Moyer, Inc.

**CV 08     1701**

TO:

Herman M. Romaguera; Carmen Hall Soruco; Jose Muro Dba
Correa Hauling; Volcano Construction, Inc.; City of Pittsburg
Redevelopment Agency; Johnstone Moyer, Inc.

**EDL**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone: 415-861-9600
Fax: 415-861-9622
margainlaw@hotmail.com

an answer to the complaint which is herewith served upon you, within 20    days after service of this summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.
You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

MAR 2 8 2008

CLERK                                              DATE

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and . . . . . discretion then residing therein.
Name of person with whom the summons and complaint were left

☐   Returned unexecuted:

☐   Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
*Signature of Server*

_____
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.