TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone: 415-861-9600
Fax: 415-861-9622
margainlaw@hotmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MARTINEZ; JESUS SOTO; RENE CASTRO; GABRIEL PEREZ; FERNANDO CARRASCO; RAFAEL A. LOPEZ MOLINA; AND GERARDO N. CARASCO<br><br>Plaintiffs,<br><br>vs.<br><br>HERMAN M. ROMAGUERA; CARMEN HALL SORUCO; JOSE MURO dba CORREA HAULING; VOLCANO CONSTRUCTION, INC.; CITY OF PITTSBURG REDEVELOPMENT AGENCY; JOHNSTONE MOYER, INC.; JUAN JOSE GUERRERO<br><br>Defendants | Case No.: C 08-01701 EDL<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the Plaintiffs

1

1  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
2  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
3  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  June 16, 2008                                   By:  /s/ TOMAS E. MARGAIN
                                                                    Tomas E. Margain
                                                                    Attorney for Plaintiffs

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE