1  TOMAS E. MARGAIN, Bar No. 193555
   LAW OFFICES OF TOMAS E. MARGAIN
2  1550 Bryant Street, Suite 725
   San Francisco, CA  94103
3  Telephone:    415-861-9600
   Fax:               415-861-9622
4  margainlaw@hotmail.com

5  Attorneys for Plaintiffs MARTIN MARTINEZ;
   JESUS SOTO; RENE CASTRO; GABRIEL
6  PEREZ; FERNANDO CARRASCO; RAFAEL
   A. LOPEZ MOLINA; AND GERARDO N. CARASCO
7

8

9                       UNITED STATES DISTRICT COURT

10                              FOR THE

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 | MARTIN MARTINEZ; JESUS SOTO;        | Case No.:  C 08-01701 EDL
14 | RENE CASTRO; GABRIEL PEREZ;         |
   | FERNANDO CARRASCO; RAFAEL A.        | **STIPULATION TO CONTINUE INITIAL**
15 | LOPEZ MOLINA; AND GERARDO N.        | **CASE MANAGEMENT CONFERENCE;**
   | CARASCO                             | **MEET AND CONER AND FILING OF**
16 |                                     | **JOINT CMC STATEMENT DEADLINES**
   |         Plaintiffs,                 | **30 DAYS**
17 |                                     |  AND ORDER AS MODIFIED
   |     vs.
18 |
19 | HERMAN M. ROMAGUERA; CARMEN
   | HALL SORUCO; JOSE MURO dba
20 | CORREA HAULING; VOLCANO
   | CONSTRUCTION, INC.; CITY OF
21 | PITTSBURG REDEVELOPMENT
   | AGENCY; JOHNSTONE MOYER, INC.;
22 | JUAN JOSE GUERRERO
23 |         Defendants
24

25

                                    1

Plaintiffs, MARTIN MARTINEZ; JESUS SOTO; RENE CASTRO; GABRIEL PEREZ; FERNANDO CARRASCO; RAFAEL A. LOPEZ MOLINA; AND GERARDO N. CARASCO, and Defendants, VOLCANO CONSTRUCTION, INC, HERMAN M. ROMAGUERA; CARMEN HALL SORUCO; and JUAN JOSE GUERRERO, through their respective counsel, hereby stipulate to continue the filing of the Status Reports and the Initial Case Management Conference for 30 days as follows:

1. The Initial Case Management Conference is set for July 1, 2008 at 10:00 a.m. with the deadline to file a Joint CMC Statement set for June 24, 2008.

2. Counsel for the above parties have had three telephone conferences and numerous e-mail communications and have met face-to-face to discuss the issues in this matter and early resolution. The parties have agreed to and have scheduled an all day mediation session with the Hon. Alex Saldamando (Ret.) of ADR Services, Inc. set for July 9, 2008 eight (8) days after the initial CMC.

3. A request is made to continue the Case Management 30 days to attempt to resolve this matter before all Defendants make appearances. This is sought to cut down on attorneys' fees on all sides. If required to answer, some of the Defendants may file cross-claims against the others and/or Plaintiffs. Specifically, Defendants have contractual claims against some Plaintiffs, on the settlement agreement plead into the Complaint, which they will assert if required to make an appearance. Moreover, while unknown, some of the other Defendants may assert indemnity claims against the others. This will further drive up legal costs and make a settlement harder to reach.

4. Plaintiffs' counsel has also been in communication with counsel for the General Contractor Johnstone Moyer, Inc. named on the Stop Notice Foreclosure claim for relief. These parties are working on a tolling agreement so that the General Contractor may be dismissed as it is not a necessary party to the Stop Notice Foreclosure claim for relief. Counsel for Johnstone Moyer, Inc., Robert Osier of Rogers Joseph O'Donnell, represented that he will be in contact with counsel for Volcano Construction Inc. about the retention money his client has and owes to Volcano Construction, Inc. and any other liens on the project that are attributable to Volcano Construction Inc. so that the parties can attempt to have a global settlement. Mr. Osier will also be available by telephone during the mediation session.

5. Plaintiffs' counsel has sent the Complaint out to service to the remaining Defendants, the City of Pittsburg Redevelopment Agency and Jose Muro and expects to have all parties served by July 2, 2008.

Dated: June 17, 2008

By: /s/ TOMAS MARGAIN .
TOMAS MARGAIN
Attorney for Plaintiffs

Dated: June 17, 2008

By: /s/ WILLIAM S. FISKE
WILLIAM S. FISKE
Archer Norris
wfiske@archernorris.com
Attorney for Defendants VOLCANO CONSTRUCTION, INC, HERMAN M. ROMAGUERA; CARMEN HALL SORUCO; and JUAN JOSE GUERRERO

3

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, pursuant to parties' stipulation, IT IS HEREBY ORDERED that ~~the Initial~~ Case Management Conference be continued from July 1, 2008 to
      5      at 10:00am
August 4, 2008. The deadlines for the Meet and Confer and the filing of the Joint Status Report shall be continued 30 days from the deadlines set in the initial Case Management Order.

IT IS SO ORDERED.

Dated: June 18, 2008                    By: _____
                                              D. Laporte

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT