TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone: 415-861-9600
Fax: 415-861-9622
margainlaw@hotmail.com

Attorneys for Plaintiffs MARTIN MARTINEZ; JESUS SOTO; RENE CASTRO; GABRIEL PEREZ; FERNANDO CARRASCO; RAFAEL LOPEZ MOLINA; AND GERARDO N. CARASCO

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MARTINEZ; JESUS SOTO; RENE CASTRO; GABRIEL PEREZ; FERNANDO CARRASCO; RAFAEL A. LOPEZ MOLINA; AND GERARDO N. CARASCO<br><br>Plaintiffs,<br><br>vs.<br><br>HERMAN M. ROMAGUERA; CARMEN HALL SORUCO; JOSE MURO dba CORREA HAULING; VOLCANO CONSTRUCTION, INC.; CITY OF PITTSBURG REDEVELOPMENT AGENCY; JOHNSTONE MOYER, INC.; JUAN JOSE GUERRERO<br><br>Defendants | Case No.: C 08-01701 EDL<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE BASED ON A SETTLEMENT OF THE ACTION** |

1

Plaintiffs, MARTIN MARTINEZ; JESUS SOTO; RENE CASTRO; GABRIEL PEREZ; FERNANDO CARRASCO; RAFAEL A. LOPEZ MOLINA; AND GERARDO N. CARASCO, and Defendants, HERMAN M. ROMAGUERA; CARMEN HALL SORUCO; VOLCANO CONSTRUCTION, INC., and JUAN JOSE GUERRERO, through their respective counsel, hereby stipulate to continue the filing of the Status Reports and the Initial Case Management Conference for 60 days as follows:

1. The Initial Case Management Conference is set for August 5, 2008 at 10:00 a.m.

2. The Parties settled the action on July 9, 2008 after an all day mediation session with the Hon. Alex Saldamando of ADR Services, Inc. All Plaintiffs except for Plaintiff Rene Castro, who is residing in Mexico, have signed the written settlement agreement and there is a binding settlement as to these Plaintiffs with all Defendants. Under the agreement, Plaintiff Castro, has the election to accept a settlement offer and he, his current counsel, and former counsel Parviz Darabi are negotiating with the help of Judge Saldomando with respect to this settlement offer and fees sought by his former counsel. This does not affect the binding nature of the settlement as among all the other parties.

3. The written and executed settlement agreement calls for certain events to occur prior to funds being distributed. Funds have to be released by Defendant Johnstone Moyer, Inc., the general contractor, after Plaintiffs execute Releases of Stop Notices filed with the City of Pittsburg. The Agreement calls for Defendant Johnstone Moyer, Inc. to hold the Stop Notice Releases and to segregate certain funds among Plaintiffs and Defendant Volcano Construction, Inc. one of its subcontractors. Paperwork to effectuate this has been drafted and is being reviewed by counsel for changes.

4. A 60-Day continuance is sought so that the settlement can be realized. By that time, the matter as to all Plaintiffs except Castro, with all Defendants should be fully settled and a Dismissal would be filed. With respect to Plaintiff Castro, a 60-Day continuance would give him and his former and current counsel the time to finish negotiations as to attorneys' fees sought by former counsel.

Dated: July 29, 2008

By:   /s/ TOMAS MARGAIN            .
TOMAS MARGAIN
Attorney for Plaintiffs

Dated: July 29, 2008

By:     /s/ WILLIAM S. FISKE
WILLIAM S. FISKE
Archer Norris
wfiske@archernorris.com
Attorney for Defendants

[PROPOSED] ORDER

GOOD CAUSE APPEARING, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the Initial Case Management Conference is continued from August 5, 2008 to October _____, 2008. The deadlines for to Meet and Confer and for the filing of the Joint Status Report shall be 14 days prior to the Continued Case Management Conference.

IT IS SO ORDERED.

Dated: _____, 2008         By: _____
                              Honorable Elizabeth D. Laporte
                              United States District Court

4